1042

THE STATE OF WASHINGTON, *Respondent*, v. GENE A. CAMARATA, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 13-1-00158-5, Douglas L. Federspiel, J., entered December 2, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, J.; Fearing, C.J., concurring by separate opinion; Pennell, J., dissenting.

*In the Matter of the Parental Rights to* E.R.D.

Appeal from a judgment of the Superior Court for Kittitas County, No. 14-7-00056-2, Scott R. Sparks, J., entered July 23, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Pennell, J.; Fearing, C.J., dissenting.

THE STATE OF WASHINGTON, *Respondent*, v. WENDELL L. MUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 15-1-00802-5, Robert G. Swisher, J., entered February 2, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Pennell, J.; Fearing, C.J., concurring separately.

THE STATE OF WASHINGTON, *Respondent*, v. THOMASDINH NEWSOME BOWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05470-0, Bruce E. Heller, J., entered January 2, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, C.J., concurred in by Becker and Trickey, JJ.